NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**HYUNDAI STEEL COMPANY,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**NUCOR CORPORATION, SSAB ENTERPRISES LLC, STEEL DYNAMICS, INC.,**
*Defendants*

_____

2024-1100

_____

Appeal from the United States Court of International Trade in No. 1:21-cv-00536-JCG, Judge Jennifer Choe-Groves.

_____

**JUDGMENT**

_____

BRADY MILLS, Morris Manning & Martin LLP, Washington, DC, argued for plaintiff-appellant. Also represented by DONALD CAMERON, JR., NICHOLAS DUFFEY, MARY HODGINS, JULIE MENDOZA, R. WILL PLANERT.

CHRISTOPHER BERRIDGE, Commercial Litigation

Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, TARA K. HOGAN, PATRICIA M. MCCARTHY; HENDRICKS VIDAL VALENZUELA SANDOVAL, Office of the Chief Counsel for Trade Enforcement & Compliance, United States Department of Commerce, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

   PER CURIAM (MOORE, *Chief Judge*, CHEN and CUNNINGHAM, *Circuit Judges*).

### AFFIRMED.  *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

May 12, 2025
Date

Jarrett B. Perlow
Clerk of Court